UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



## BILL OF INFORMATION FOR OBSTRUCTION OF MAILS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-225-JJB-CN |
| *versus* : | |
| : | 18 U.S.C. § 1701 |
| ALVIN R. WILLIAMS : | |

### THE UNITED STATES ATTORNEY CHARGES:

On or about October 11, 2006, in the Middle District of Louisiana, the defendant, **ALVIN R. WILLIAMS**, a United States Postal Service Casual Letter Carrier, knowingly and willfully did obstruct and retard the passage of the mail in that he did unlawfully discard mail that had been entrusted to him for delivery.

The above is a violation of Title 18, United States Code, Section 1701.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

DATE: 9/14/07

RICHARD L. BOURGEOIS, JR.
ASSISTANT US ATTORNEY

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**  **Matter to be sealed:** ☒ No  ☐ Yes

City        Baton Rouge                    **Related Case Information:**

County/Parish   East Baton Rouge Parish     Superseding Indictment _____ Docket Number _____
                                            Same Defendant _____    New Defendant __X__
                                            Magistrate Case Number _____
                                            Search Warrant Case No. _____
                                            R 20/ R 40 from District of _____
                                            **Any Other Related Cases:** _____

**Defendant Information:**
Defendant Name    Alvin R. Williams
Alias
Address
Birthdate                 SS #              Sex M      Race      Nationality

**Agency:**

U.S. Postal Service, Brandon Tullier

**U.S. Attorney Information:**

AUSA     Richard L. Bourgeois, Jr.                          Bar #  28874

**Interpreter:**  ☒ No   ☐ Yes     List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____  Already in Federal Custody as of   _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts:  ___1___     ☒ Petty    ☐ Misdemeanor    ☐ Felony

|       | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|-------|--------------------|------------------------------------|--------------|
| set 1 | 18 U.S.C. 1701     | Obstruction of Mails               | 1            |
| set 2 |                    |                                    |              |
| set 3 |                    |                                    |              |

(May be continued on second sheet)

Date:  9/14/07       Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____